

Doc#: 1413434066 Fee: $60.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 05/14/2014 02:20 PM Pg: 1 of 1

FS File No.: 13-070323

**ASSIGNMENT OF
REAL ESTATE MORTGAGE**

For value received, JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA has assigned and transferred to JPMorgan Chase Bank, National Association its successors and assigns, all right, title and interest in and to a certain mortgage executed by Lindsay Jenkins to Washington Mutual Bank, FA, dated August 19, 2005, and recorded on September 1, 2005 as Document No. 0524453162 in the Cook County Recorder's Office, in the State of Illinois, conveying the property known as:

UNIT (S) 4406 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN 30 EAST HURON CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NO. 0405834042, IN THE WEST 1/2 OF THE NORTHWEST 1/4 OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 30 East Huron Street, Unit 4406, Chicago, IL 60611

Permanent Index No.: 17-10-104-037-1355

This instrument serves to memorialize the transfer of this loan which has previously taken place.

JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA

By: _____ 5-5-2014
     Akhira Massalene
     Vice President

STATE OF Florida )
                 ) ss.)
COUNTY OF Duval )

I, Sanela Alagic, a Notary Public in and for the County and State aforesaid, DO HEREBY CERTIFY THAT

Akhira Massalene, the Vice President of JPMorgan Chase Bank, N.A.
personally known to me to be the same person whose name is subscribed in the foregoing instrument, personally appeared before me, and acknowledge that he/she signed and delivered the said instrument as his/her free and voluntary act for the uses and purposes therein set forth.

Witness my hand and notarial seal on 5th, May, 2014.

Sanela Alagic
Notary Public State of Florida
Notary Public in and for said State
My commission expires on JAN 1 3 2017

SANELA ALAGIC
MY COMMISSION # EE862335
EXPIRES January 13, 2017
(407) 398-0153    FloridaNotaryService.com

Prepared by and Mail to:
FISHER AND SHAPIRO, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
(847)291-3434 FAX

Deposit in Recorders Box #254