IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-cv-4278 |
| | ) |
| LINDSAY JENKINS; 30 EAST HURON | ) Judge Robert W. Gettleman |
| CONDOMINIUM ASSOCIATION; | ) Magistrate Judge Michael T. Mason |
| UNKNOWN OWNERS AND | ) |
| NONRECORD CLAIMANTS; and | ) |
| UNKNOWN OCCUPANTS, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR THE ENTRY OF A JUDGMENT OF FORECLOSURE AND SALE**

Now comes the Plaintiff, JPMORGAN CHASE BANK, N.A., by and through its attorney, Shapiro Kreisman & Associates, LLC, and pursuant to 735 ILCS 5/15 - 1506, moves this court for the entry of a Judgment of Foreclosure and Sale, and in support thereof, Plaintiff states as follows:

1. Plaintiff's Motion for Summary Judgment is pending against Defendant Lindsay Jenkins.

2. Plaintiff's Motion for Default is pending against the remaining defendants, 30 East Huron Condominium Association, Unknown Owners and Non-Record Claimants, and Unknown Occupants, all of whom have failed to Answer or otherwise plead to Plaintiff's Complaint.

WHEREFORE, Plaintiff respectfully requests that this honorable court enter a Judgment of Foreclosure and Sale in favor of Plaintiff and against all defendants and for such other and further relief as this court deems just.

/s/ Joseph Mungovan Herbas
ARDC #6277645
Shapiro Kreisman and Associates, LLC

1

2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
Tel (312) 994-4740
Fax (847) 291-3434
jherbas@logs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, I electronically filed this motion with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Lindsay Jenkins
300 Burns Street
Forest Hills, NY 11375
Email: lindsayhjenkins@aol.com

Andrew Douglas LeMar
Burke Warren MacKay & Serritella, P.C.
330 N. Wabash Ave.
22nd Floor
Chicago, IL 60611
Email: alemar@burkelaw.com

and I hereby certify that on April 4, 2016, I mailed by United States Postal Service, the document(s) to the following non-registered participants together with the Motion to Appoint a Special Commissioner and proposed Judgment of Foreclosure and Sale:

30 East Huron Condominium Association
Attn: David M. Bendoff
750 W. Lake Cook Road
Buffalo Grove, IL 60089

Unknown Owners and Non-Record Claimants
30 East Huron Street, Unit 4406
Chicago, IL 60611

Unknown Occupants
30 East Huron Street, Unit 4406
Chicago, IL 60611

/s/ Joseph Mungovan Herbas
ARDC #6277645
Shapiro Kreisman and Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
Tel (312) 994-4740
Fax (847) 291-3434
jherbas@logs.com